**1**

**NEW YORK LIFE INSURANCE CO. v. Stephen L. O'BRIEN, Marie E. O'Brien, Stephen R. O'Brien, and Jean M. O'Brien.**

Circuit Court of Appeals, Sixth Circuit. November 8, 1927.

No. 4976.

Appeal from the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

See, also, 22 F.(2d) 1016.

Travis, Merrick, Warner & Johnson, of Grand Rapids, Mich., for appellant.

Martin H. Carmody and Fred P. Geib, both of Grand Rapids, Mich., for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

**2**

**OLYMPIC SILK MILLS, Inc., Plaintiff in Error, v. Ichitaro SAITO, Doing Business under the Trade-Name and Style of Matsubun Company, Defendant in Error.**

Circuit Court of Appeals, Second Circuit. November 1, 1927.

No. 27.

In Error to the District Court of the United States for the Southern District of New York.

Robert Seelav, of New York City (Emanuel Fichandler, of New York City, of counsel), for plaintiff in error.

Tison & Melick, of New York City (Harry C. Melick, of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

**3**

**Lowell M. PALMER, Jr., Owner of Yacht Hirondelle, Formerly Onima, Appellant, v. R. B. COWELL, Trading as Hague Machine Works, and Forrest & Dunn, Incorporated, a Corporation, Appellees.**

Circuit Court of Appeals, Fourth Circuit. September 27, 1927.

No. 2648.

Appeal from the District Court of the United States for the Norfolk Division of the Eastern District of Virginia.

H. Dudley Bierau, of New York City, and James E. Heath, of Norfolk, Va., for appellant.

Kelsey & Jett, of Norfolk, Va., for appellees.

PER CURIAM. In Admiralty. Cause dismissed, at cost of appellant, under rule 20, per agreement of counsel.

**4**

**Joe PASANO et al., Plaintiffs in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit. December 7, 1927.

No. 7780.

In Error to the District Court of the United States for the Western District of Missouri.

Charles S. Walden, of Joplin, Mo., and Harry L. Donnelly, J. Pearce Kane, and William G. Lynch, all of Kansas City, Mo., for plaintiffs in error.

Roscoe C. Patterson, U. S. Atty., and Robert R. Brewster, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM. Judgment reversed, and cause remanded, on confession of error.

**5**

**In the Matter of Abraham N. PEARLMAN, Bankrupt; Bertha Pearlman, Appellant.**

Circuit Court of Appeals, Second Circuit. November 25, 1927.

No. 80.

Appeal from the District Court of the United States for the Southern District of New York.

See, also, In re Pearlman, 16 F.(2d) 20.

Arthur Leonard Ross, of New York City, for appellant.

Israel Akselrod, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.